CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
SAMI RANDOLPH, ESQ.
Nevada Bar No. 7876
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Facsimile : (702) 799-5505
randosn@nv.ccsd.net
*Attorney for Defendant Clark County School District*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| N.M., a minor by and through her natural parent and guardian SUBBIAH VAUGHN; SUBBIAH VAUGHN, individually,<br><br>    Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br><br>    Defendant. | Case No.: _____<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT** |

**TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA:**

NOTICE IS HEREBY GIVEN that Defendant Clark County School District ("Defendant"), by and through its counsel of record, Clark County School District, Office of the General Counsel, hereby removes the above-entitled action to the United States District Court for the District of Nevada pursuant to 28 U.S.C. § 1331, 1441, and 1446.  This removal is based upon federal question jurisdiction and is timely.

In support of this Notice of Removal, Defendant states as follows:

1. On October 26, 2021, Plaintiff Subbiah Vaughn ("Plaintiff") commenced an action in the Eighth Judicial District Court of the State of Nevada, in and for the County of Clark, designated as Case No.: A-21-842916-C, and captioned as follows: Subbiah Vaughn, Plaintiff vs. Clark County School District, Defendant.

2. On February 10, 2022, Defendant Clark County School District was served with a copy of the Summons and Complaint.

3. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Defendant in Case No.: A-21-842916-C are attached hereto as **Exhibit A**.

4. This Notice of Removal is timely as it is being filed within thirty (30) days of service upon the first defendant served in this action, Clark County School District. 28 U.S.C. § 1446.

5. The jurisdictional ground for removal is that this matter involves a federal question. This Court has original jurisdiction Under 28 U.S.C. § 1331, and this civil action is one which may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441 in that the Plaintiffs' allege violations of Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d et seq. and Title IX of the Education Amendments of 1972, 20 U.S.C. §§ 1681-1688, against the Defendant, and therefore federal questions are presented. 20 U.S.C. § 1400 et seq. *See* **Exhibit A p. 33.**

6. This Court also has supplemental jurisdiction over the remaining state law claims in accordance with 28 U.S.C. § 1367 and jurisdiction over any separate and independent claims as provided in 28 U.S.C. § 1441(c).

7. Venue is proper in this Court as this is the court for the district and division embracing the place where the action is pending in state court. 28 U.S.C. § 1441(a).

8. Because they have not been served with process in this matter, consent to remove from fictitious potential Defendants is not required. 28 U.S.C. 1446(b)(2)(a); Taylor v. Flagstar Bank FSB, No. 2:11-CV-01516-GMN, 2011 WL 5245451, at *1 (D. Nev. Nov. 1, 2011).

9. A true and correct copy of this Notice of Removal is being served on all named parties to this action that have lodged an appearance in Case No.: A-21-842916-C and filed this date with the Clerk of the Eighth Judicial District Court.

WHEREFORE, Defendant prays that the above-referenced action now pending in the Eighth Judicial District Court in and for the County of Clark, State of Nevada, be removed therefrom to this Court.

DATED this 1st day of March, 2022.

                                     CLARK COUNTY SCHOOL DISTRICT
                                     OFFICE OF THE GENERAL COUNSEL

                                     */s/ Sami Randolph*
                                     SAMI RANDOLPH, ESQ.
                                     Nevada Bar No. 7876
                                     5100 West Sahara Avenue
                                     Las Vegas, Nevada 89146
                                     *Attorney for Defendant*
                                     *Clark County School District*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of March, 2022, the foregoing **NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT** was filed through the Nevada United States District Court CM/ECF System and served upon the following person(s) in the manner(s) listed below:

*Via U.S. First Class Mail & Electronic Mail*
Subbiah Vaughn
4375 Boulder Highway, Apt. 280 Bldg. 10
Las Vegas, NV 89121
subbievaughn@gmail.com
*Plaintiff in Proper Person*

                         */s/ Eva Martinez*
                         AN EMPLOYEE OF CCSD
                         OFFICE OF THE GENERAL COUNSEL