AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Subbiah Vaughn, et al.,

          Plaintiffs,

V.

Clark County School District,

          Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: **2:22-cv-00375-JAD-VCF**

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of Defendant Clark County School District, and against Plaintiffs Subbiah Vaughn and N.M., a minor.
This matter is now closed.

3/30/2022
Date

DEBRA K. KEMPI
Clerk

/s/ K. Ferris
Deputy Clerk